JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS
Park Place Legal Center
959 South Springfield Avenue
Springfield, NJ 07081
Telephone No. (973) 379-4200
Attorneys for Plaintiffs

| Plaintiff(s) | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
|---|---|
| CHRISTOPHER COON AND LEIDA COON, HIS WIFE | CIVIL ACTION NO. 10-cv-818 |
| vs. | NOTICE OF MOTION TO REMAND  Judge: Hon. Katherine S. Hayden |
| Defendant(s) | |
| WALEED T. DOZIER AND QIMMAH A. DOZIER | Document Filed Electronically |
| THE CITY OF NEWARK, NEW JERSEY, A MUNICIPALITY AND PUBLIC ENTITY INCORPORATED PURSUANT TO THE LAWS OF THE STATE OF NEW JERSEY, THE POLICE DEPARTMENT OF THE CITY OF NEWARK, NEW JERSEY AND ITS EMPLOYEES NASH BRIDGES, PONCH PONCHERELLO, T.J. HOOKER, BARNEY FIFE, MIKE HAMMER, THEO KOJAK, OFFICER JOE BOLTON, which individuals represent fictitious names for actual persons employed by the CITY OF NEWARK AND THE CITY OF NEWARK POLICE DEPARTMENT whose real names and identities are presently unknown and who are named pursuant to R. 4:26-4; | |
| THE CITY OF ELIZABETH, A MUNICIPALITY AND PUBLIC ENTITY INCORPORATED PURSUANT TO THE LAWS OF THE STATE OF NEW | |

| | |
|---|---|
| JERSEY, THE POLICE DEPARTMENT OF THE CITY OF ELIZABETH, NEW JERSEY and its employees, DAVID STARSKY, KENNETH "HUTCH" HUTCHINSON, REMINGTON STEEL, OFFICER KRUPKE, BARNEY MILLER, AND SAM SPADE, which individuals represent fictitious names for actual persons employed by the CITY OF ELIZABETH AND THE CITY OF ELIZABETH POLICE DEPARTMENT whose real names and identities are presently unknown and who are named pursuant to R.4:26-4,<br><br>THE TOWNSHIP OF HILLSIDE, NEW JERSEY, A MUNICIPALITY AND PUBLIC ENTITY INCORPORATED PURSUANT TO THE LAWS OF THE STATE OF NEW JERSEY, THE POLICE DEPARTMENT OF THE TOWNSHIP OF HILLSIDE, NEW JERSEY and its employees, GUNTHER TOOTIE, FRANCIS MULDOON, ANTHONY BARETTA, STEVE McGARRETT AND JOE MANNIX which individuals represent fictitious names for actual persons employed by the TOWNSHIP OF HILLSIDE AND THE TOWNSHIP OF HILLSIDE POLICE DEPARTMENT whose real names and identities are presently unknown and who are named pursuant to R. 4:26-4. | |

TO: Robert Varady, Esq.
    LaCorte Bundy Varady & Kinsella
    989 Bonnel Court
    Union, NJ 07083

Callan, Koster, Brady & Brennan,
740 Broad Street, Suite 2
Shrewsbury, NJ  07702
Attention: William Brennan, Esq.

William E. Staehle, Esq.
1200 American Road
Morris Plains, NJ 07950
Attn: Steve Cahir, Esq.

Newark Department of Law
920 Broad Street
Newark, NJ
Attn: Gary S. Lipshutz, Assistant Corporate Counsel

**PLEASE TAKE NOTICE** that on a date and time to be established by the Court, Plaintiffs Christopher Coon and Leida Coon will move before the Honorable Katherine S. Hayden, U.S.D.J., for an Order granting their Motion To Remand this case to the Superior Court of New Jersey, Law Division, Union County, pursuant to 28 U.S.C. §1447(c), based on the fact that this lawsuit does not involve a federal question.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Plaintiffs shall rely on the Memorandum of Law and the Declaration of Kenneth S. Javerbaum, Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: March 1, 2010

Respectfully submitted,
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS
959 S. Springfield Ave.
Springfield, NJ 07081
Attorneys for Plaintiffs,
Christopher and Leida Coon

_____
Kenneth S. Javerbaum