JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS
Park Place Legal Center
959 South Springfield Avenue
Springfield, NJ 07081
Telephone No. (973) 379-4200
Attorneys for Plaintiffs

| Plaintiff(s)<br><br>CHRISTOPHER COON AND LEIDA COON, HIS WIFE<br><br>vs.<br><br>Defendant(s)<br><br>WALEED T. DOZIER AND QIMMAH A. DOZIER<br><br>THE CITY OF NEWARK, NEW JERSEY, A MUNICIPALITY AND PUBLIC ENTITY INCORPORATED PURSUANT TO THE LAWS OF THE STATE OF NEW JERSEY, THE POLICE DEPARTMENT OF THE CITY OF NEWARK, NEW JERSEY and its employees, NASH BRIDGES, PONCH PONCHERELLO, T.J. HOOKER, BARNEY FIFE, MIKE HAMMER, THEO KOJAK, OFFICER JOE BOLTON, which individuals represent fictitious names for actual persons employed by the CITY OF NEWARK AND THE CITY OF NEWARK POLICE DEPARTMENT whose real names and identities are presently unknown and who are named pursuant to R. 4:26-4;<br><br>THE CITY OF ELIZABETH, A MUNICIPALITY AND PUBLIC ENTITY INCORPORATED PURSUANT TO THE LAWS OF THE STATE OF NEW | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION No. 10-cv-818<br><br>ORDER<br><br>Document Filed Electronically |
|---|---|

| | |
|---|---|
| JERSEY, THE POLICE DEPARTMENT OF THE CITY OF ELIZABETH, NEW JERSEY and its employees, DAVID STARSKY, KENNETH "HUTCH" HUTCHINSON, REMINGTON STEEL, OFFICER KRUPKE, BARNEY MILLER, AND SAM SPADE, which individuals represent fictitious names for actual persons employed by the CITY OF ELIZABETH AND THE CITY OF ELIZABETH POLICE DEPARTMENT whose real names and identities are presently unknown and who are named pursuant to R.4:26-4,<br><br>THE TOWNSHIP OF HILLSIDE, NEW JERSEY, A MUNICIPALITY AND PUBLIC ENTITY INCORPORATED PURSUANT TO THE LAWS OF THE STATE OF NEW JERSEY, THE POLICE DEPARTMENT OF THE TOWNSHIP OF HILLSIDE, NEW JERSEY and its employees, as well as GUNTHER TOOTIE, FRANCIS MULDOON, ANTHONY BARETTA, STEVE McGARRETT AND JOE MANNIX which individuals represent fictitious names for actual persons employed by the TOWNSHIP OF HILLSIDE AND THE TOWNSHIP OF HILLSIDE POLICE DEPARTMENT whose real names and identities are presently unknown and who are named pursuant to R. 4:26-4. | |

THIS MATTER having been opened to the Court upon the Motion of Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, attorneys for Plaintiffs, Christopher Coon and Leida Coon, for an Order remanding this case back to the Superior Court of New Jersey, Law Division, Union County, pursuant to 28 U.S.C. § 1447(c); and proper notice having been given to Robert Varady, Esq., attorney for the City of Elizabeth and the Elizabeth Police Department, Gary S. Lipshutz, Assistant Corp. Counsel, Attorneys for Defendants, City of Newark and Newark Police Department, Steve Cahir, Esq., attorney for Township of Hillside and the Township of Hillside Police Department and William Brennan, Esq., attorney for Defendants, Waleed Dozier and Qimmah Dozier; and the Court having considered the papers submitted and the ~~arguments~~ representations of counsel, ~~if any;~~ and for good cause appearing:

IT IS on this 17th day of March, 2010

ORDERED that Plaintiffs' Motion to Remand [Docket No. 5] be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all parties by Plaintiffs' counsel electronically & within 5 days of the date of this Order.

_____
Katherine S. Hayden, U.S.D.J.

[Handwritten margin note:] and the plaintiffs representing that the Second Amended Complaint was not filed and plaintiffs representing on the record on March 4, 2010 that they will not file any federal claims under 72 USC §1983 and no claims for fees for the removal will be sought, and the Court therefore lacking subject matter jurisdiction